# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STARLINDA BRANICK, | |
| Plaintiff, | Case No. 1:21-cv-01384 |
| v. | Hon. Mary M. Rowland |
| CURIOSITYSTREAM, INC., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Starlinda Branick, by and through her undersigned counsel, and hereby advises this Honorable Court that she has reached an agreement in principle with Defendant, CuriosityStream, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Nicholas A. Colella
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
Fax: (412) 231-0246
bcarlson@carlsonlynch.com
ncolella@carlsonlynch.com

*Attorneys for Plaintiff*