# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STARLINDA BRANICK, | |
| Plaintiff, | Case No. 1:21-cv-01384 |
| v. | Hon. Mary M. Rowland |
| CURIOSITYSTREAM, INC., | |
| Defendant. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Starlinda Branick hereby voluntarily dismisses with prejudice her claims against Defendant CuriosityStream, Inc.

Dated: September 8, 2021

/s/ R. Bruce Carlson
R. Bruce Carlson
Nicholas A. Colella
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
Fax: (412) 231-0246
bcarlson@carlsonlynch.com
ncolella@carlsonlynch.com

Kyle A. Shamberg
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265
kshamberg@carlsonlynch.com

*Attorneys for Plaintiff*